IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0859-REB-PAC

KWABENA ESSUMAN,

        Petitioner,

v.

DOUGLAS MAURER Field Director, Immigration & Customs Enforcement, DHS,

        Respondent.

## ORDER GRANTING MOTION TO TRANSFER CASE

**Blackburn, J.**

    The parties have submitted a joint motion to transfer this case to the United States Court of Appeals for the Tenth Circuit, pursuant to 8 U.S.C. § 1252(a)(5), which vests exclusive jurisdiction in that court.  The Court, having reviewed the motion and being duly advised in the premises, GRANTS the motion, and this case is transferred to the United States Court of Appeals for the Tenth Circuit. The Clerk of the Court is directed to effect the transfer of the file.

    Dated September 28, 2005, at Denver, Colorado.

        BY THE COURT:

        s/ Robert E. Blackburn
        Robert E. Blackburn
        United States District Judge